

RECEIVED
IN MONROE, LA
JUN 29 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-30013 |
|---|---|---|
| VERSUS | : | |
| | : | JUDGE JAMES |
| GARY LYNN WARD, a.k.a. "AP," | : | |
| AND DAVID RAY DEAN | : | MAGISTRATE JUDGE HAYES |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, by virtue of the terms and conditions of the defendants, GARY LYNN WARD and DAVID RAY DEAN's plea agreements, the United States is now entitled to possession of all of defendants' right, title, and interest in:

a. Any property consisting or derived from proceeds the defendants obtained directly or indirectly as the result of said violations;

b. Any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violations;

c. $275,948.48 in United States Currency, which was seized between April 3, 2007 and April 9, 2007; and

d. A 2007 Toyota Tacoma pickup truck bearing VIN Number 5TETU62N67Z35354404, registered to Gary L. Ward.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Based on the defendants' plea agreements, all rights, title and interest of the defendants, GARY LYNN WARD and DAVID RAY DEAN, in:

a. Any property consisting or derived from proceeds the defendants obtained directly or indirectly as the result of said violations;

b. Any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violations;

  c. $275,948.48 in United States Currency, which was seized between April 3, 2007 and April 9, 2007; and

  d. A 2007 Toyota Tacoma pickup truck bearing VIN Number 5TETU62N67Z35354404, registered to Gary L. Ward.

is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n)(1).

  2. Upon entry of this Order, the United States Marshal's Service is authorized to seize said property on behalf of the United States, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

  3. Pursuant to Title 21, United States Code, Section 853(n)(1), the United States Marshal's Service shall publish at least once for three successive weeks in a newspaper of general circulation for Ouachita Parish, Louisiana, notice of this Order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendants, GARY LYNN WARD and DAVID RAY DEAN, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for

2

published notice as to those persons so notified.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, Louisiana 71101 with a copy thereof sent to Assistant United States Attorney Alexander C. Van Hook, 300 Fannin Street, Suite 3201, Shreveport, Louisiana 71101.

4. That upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

MONROE, ~~Shreveport~~, Louisiana, this 28 day of June, 2007.

_____
ROBERT G. JAMES
United States District Judge

3